KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
R. LAWRENCE BRAGG, State Bar No. 119194
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-2595
 Fax: (916) 324-5205
 E-mail: Lawrence.Bragg@doj.ca.gov
*Attorneys for Defendants*
*Hill, Duffy, Lozano, Tileston and Artis*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THOMAS JOHN CARLSON,**<br><br>             Plaintiff,<br><br>     v.<br><br>**BRIAN DUFFY, et al.,**<br><br>             Defendants. | 2:13-cv-0766 AC (PC)<br><br>**(**~~PROPOSED~~**) ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER**<br><br>Judge:         The Honorable Allison Claire<br>Trial Date:    Not Set<br>Action Filed:  April 19, 2013 |

Good cause appearing, Defendants' Motion to Modify Discovery and Scheduling Order is granted. The parties may conduct discovery until March 31, 2014. Any motions necessary to compel discovery shall be filed by March 31, 2014. All pre-trial motions, except motions to compel discovery, shall be filed on or before June 13, 2014. , and must file any dispositive Motions by June 13, 2014.

DATED: March 6, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

31917965.doc

1